No. 1082. OHIO CITIZENS TRUST CO., TRUSTEE, ET AL. *v.* LEAR JET CORP. C. A. 10th Cir. Certiorari denied. *Myron C. Cass* for petitioners. *Malcolm Miller* and *Truman S. Safford* for respondent.

No. 1086. MICR-SHIELD CO. ET AL. *v.* FIRST NATIONAL BANK OF MIAMI. C. A. 5th Cir. Certiorari denied. *Frederick Bernays Wiener* and *William H. Drummond* for petitioners. *Phillip Goldman* for respondent.

No. 1087. ASHTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Griswold* for the United States.

No. 1088. OFFSHORE CO. *v.* G & H OFFSHORE TOWING CO. C. A. 5th Cir. Certiorari denied. *Robert M. Julian* for petitioner. *M. L. Cook* for respondent.

No. 1097. HICKMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph H. Davis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 358. DOUGLAS ET AL. *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Alan M. Dershowitz* and *Joseph S. Oteri* for petitioners. *Elliot L. Richardson,* Attorney General of Massachusetts, and *Howard M. Miller,* Assistant Attorney General, for respondent.